J. W. INMAN COMPANY, INC., Respondent, v. GERTRUDE A. T. DIX, Appellant.— Judgment and order unanimously affirmed, with costs.

J. HERMON McLEAR, Plaintiff, v. JOSEPH BALMAT and Others, Defendants. — Motion granted, unless the appellants perfect appeal by August first, and pay ten dollars costs of the motion, in which case motion is denied, without costs.

MARGARET MURRAY, as Administratrix, etc., of JOSEPH R. MURRAY, Deceased, Appellant, v. F. F. PROCTOR, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of FLORENCE M. HESS, for Compensation under the Workmen's Compensation Law, v. DONNER STEEL COMPANY, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by ANNIE McALLISTER, Mother of JOHN McALLISTER, on Behalf of the Dependent Brothers and Sister, Respondent, on Account of the Death of JOHN McALLISTER, Deceased, v. NEWTOWN CREEK TOWING COMPANY, Employer and Self-Insurer, Appellant.—Award reversed and claim dismissed on the authority of *Knickerbocker Ice Co.* v. *Stewart* (253 U. S. 149). All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARY CONROY, Respondent, for Compensation under the Workmen's Compensation Law for the Death of JOHN CONROY, v. MOTT HAVEN TOWING LINE, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.—Award reversed and claim dismissed on the authority of *Knickerbocker Ice Co.* v. *Stewart* (253 U. S. 149). All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of FILOMENA LOCCO, Widow, on Behalf of Herself and of the Infant Children of JOSEPH LOCCO, Deceased, Employee, Respondent, for Compensation under the Workmen's Compensation Law, v. ROBERT GRAVES COMPANY, Employer, and UNITED STATES CASUALTY COMPANY, Insurance Carrier, Appellants.—Award affirmed. All concur, except Woodward, J., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of FELIX PALMER, Respondent, for Compensation under the Workmen's Compensation Law, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Employer and Self-Insurer, Appellant.—Award reversed and claim dismissed on the authority of *Doey* v. *Howland Co., Inc.* (182 App. Div. 152; 224 N. Y. 30). All concur, except John M. Kellogg, P. J., dissenting.